(102 So. 927)

Ralph WOMACK v. CITY OF BIRMINGHAM. (6 Div. 500.) (Court of Appeals of Alabama. Jan. 20, 1925.) Appeal from Circuit Court, Jefferson County; Fleetwood Rice, Judge. Violating speed ordinance.

SAMFORD, J. There are no assignments of error, and no briefs filed. Therefore no questions are properly presented for consid-

eration, and the judgment is affirmed. Commercial Finance Co. v. Dyer, 16 Ala. App. 114 (1), 75 So. 706. Affirmed.